**Electronically Filed
Supreme Court
SCWC-15-0000478
20-JAN-2021
09:29 AM
Dkt. 9 OGAC**

SCWC-15-0000478

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

PROTECT AND PRESERVE KAHOMA AHUPUA'A ASSOCIATION,
an unincorporated association,
MICHELE LINCOLN, MARK ALLEN, LINDA ALLEN,
and CONSTANCE B. SUTHERLAND,
Respondents/Plaintiffs-Appellants,

vs.

MAUI PLANNING COMMISSION, COUNTY OF MAUI, and
STANFORD CARR DEVELOPMENT, LLC,
a domestic limited liability company,
Petitioners/Defendants-Appellees/Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000478, CIVIL NO. 14-1-0616(1))

ORDER GRANTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins
JJ.)

Petitioners/Defendants-Appellees/Appellees Maui Planning
Commission, County of Maui, and Stanford Carr Development, LLC's
application for writ of certiorari filed on December 14, 2020,
is hereby accepted and will be scheduled for oral argument.  The

parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, January 20, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

